# United States Court of Appeals
## For the Eighth Circuit

_____

No. 25-1061
_____

United States of America

*Plaintiff - Appellee*

v.

Emily Nicole Yeary

*Defendant - Appellant*

_____

Appeal from United States District Court
for the District of South Dakota

_____

Submitted: July 28, 2025
Filed: July 31, 2025
[Unpublished]

_____

Before LOKEN, GRUENDER, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Emily Yeary appeals the sentence imposed by the district court[1] after she pled guilty to sex offenses, obstruction of justice, and witness tampering, pursuant to a

_____

[1]The Honorable Karen E. Schreier, United States District Judge for the District of South Dakota.

written plea agreement containing an appeal waiver. Her counsel has moved to withdraw, and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), challenging the substantive reasonableness of the sentence.

Upon careful review, we conclude the appeal waiver is valid, enforceable, and applicable to the issues raised in this appeal. *See United States v. Scott*, 627 F.3d 702, 704 (8th Cir. 2010) (reviewing validity and applicability of appeal waiver de novo); *United States v. Andis*, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc) (enforcing an appeal waiver if the appeal falls within the scope of waiver, defendant knowingly and voluntarily entered into the plea agreement and the waiver, and it would not result in miscarriage of justice). We have also independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal falling outside the scope of the appeal waiver. Accordingly, we grant counsel's motion to withdraw and dismiss the appeal.

_____